**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**BROWARD DIVISION**

In re:                                                                    Case No. 07-16921-BKC-RBR
                                                                              Chapter 7
JOSHUA A. FARFAN and
JULIE A. FARFAM

        Debtor(s).

_____/

APR 1 2011

**NOTICE OF DEPOSIT OF FUNDS WITH THE**
**U.S. BANKRUPTCY COURT CLERK**

Notice is hereby given that:

( X )  The trustee has unclaimed funds of $3,289.14 remaining in the trustee's account which represents a check drawn with an unknown address to mail to entity pursuant to the final distribution under section 726, 1226 or 1326 of title 11 in a case under chapter 7, 12 or 13 of title 11.  The trustee has made a good faith effort to verify the correct mailing addresses for said entity; or

.  Attached and made a part of this notice is a list, pursuant to FRBP 3011, of the names, claim numbers and addresses of the claimants and the amount to which each is entitled.

    WHEREFORE, the trustee hereby gives notice that the above stated sum has been deposited with the Clerk of the U.S. Bankruptcy Court, Southern District of Florida, to effect closing of this estate.

Dated: 3/30/11

Soneet R. Kapila, Trustee
P.O. Box 14213
Fort Lauderdale, FL 33302
Phone: 954/761-8707
Fax: 954/761-1033
E-mail: trustee@kapilaco.com

Copies to: U.S. trustee

Soneet R. Kapila, Federal Bankruptcy Trustee
Post Office Box 14213, Fort Lauderdale, Florida 33302
Telephone: 954/761-8707  Facsimile: 954/761-1033  Website: www.kapilatrustee.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**BROWARD DIVISION**

In re:                                                                Case No. 07-16921-BKC-RBR
                                                                      Chapter 7
JOSHUA A. FARFAN and
JULIE A. FARFAM

            Debtor(s).
_____/
                          **Attachment**

| Claim # | Name/Address | Claim Amount | Distribution Amount |
|---|---|---|---|
| 8 | Cashcall, Inc. | $2,918.58 | $2,918.58 |
|   | 17360 Brookhurst St.  (Interest) | $ 370.56 | $ 370.56 |
|   | Fountain Valley, CA 92708 | | |

Soneet R. Kapila, Federal Bankruptcy Trustee
Post Office Box 14213, Fort Lauderdale, Florida 33302
Telephone: 954/761-8707  Facsimile: 954/761-1033  Website: www.kapilatrustee.com